# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JAMES T. CARNEY,                  :    No. 486 WAL 2016

               Petitioner    :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

           v.                  :

VINIT KATHARDEKAR AND USHA RISHI,    :

           Respondents    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.